## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chong Yon Huber aka Sujin Huber aka Sujin Chong Huber | BK NO. 20-00795 RNO |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORPORATION and index same on the master mailing list.

                                  Respectfully submitted,

                                  /s/Rebecca A. Solarz
                                  Rebecca Solarz
                                  15 Oct 2020, 13:55:52, EDT

                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322