

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

CHONG YON HUBER
a/k/a SUJIN YON HUBER
a/k/a SUJIN HUBER

Chapter: 13

Case No.: 5:20-BK-00795-RNO

Debtor(s)

## AMENDED NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: February 3, 2021            Time: 9:30 A.M.

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: January 27, 2021.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO"):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 10/23/2020            Filed by: s/ Alan Brian Jones, Esquire

P.O. Box 627, Lake Ariel, PA 18436

(570)-698-7505

FORM C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:  
CHONG YON HUBER )  
a/k/a SUJIN CHONG HUBER ) Chapter: 13  
a/k/a SUJIN HUBER )  
) Case Number: 5-20-BK-00795  
)  
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 22, 2020, I served a copy of Notice of Hearing on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| All of Debtor's secured creditors, priority unsecured creditors, unsecured creitor, and co-signers as are listed in the attached Exhibit "A". The names and addresses were taken from the original Creditor Matrix filed with the Court. | Service made through the PACER System with the Court |
| Charles J. DeHart, III, Esquire<br>Local Bankruptcy Trustee<br>8125 Adams Drive<br>Suite A<br>Hummelstown, Pennsylvania 17036 | Service made through the PACER System with the Court |
| Office of the United States vTrustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, Pennsylvania 17101 | Service made through the PACER System with the Court |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2020

Name: s/ Alan Brian Jones, Esquire  
*Printed Name of Attorney*  
Address: P.O. Box 627

Lake Ariel, Pennsylvania 18436-0627

Revised: 03/22/05

| | | |
|---|---|---|
| CHONG YON HUBER<br>3 WAGON ROAD<br>JEFFERSON TOWNSHIP, PA 18436-3950 | GENESIS FS CARD SERVICES<br>P.O. BOX 84049<br>COLUMBUS, GA 31908-4049 | SCRANTON ENDOCOPY CENTER<br>517 ASH STREET<br>SUITE 1<br>SCRANTON, PA 18509-2903 |
| ALAN BRIAN JONES, ESQUIRE<br>LAW OFFICES OF ALAN BRIAN JONES<br>P.O. BOX 627<br>LAKE ARIEL, PA 18436-0627 | J.C. PENNEY<br>C/O SYNCHRONY BANK<br>P.O. BOX960090<br>ORLANDO, FL 32896-0090 | SYNCHRONY BANK/AMAZON<br>P.O. BOX 960013<br>ORLANDO, FL 32896-0013 |
| AMERICAM EXPRESS<br>P.O. BOX981535<br>EL PASO, TX 79998-1535 | KEYSTONE MEDICAL LABORATORIES<br>P. O. BOX 1878<br>KINGSTON, PA 18704 | THE CENTER FOR ESTHETIC DE<br>1112 MEADE STREET<br>SCRANTON, PA 18512 |
| AMERICAM EXPRESS<br>P.O. BOX981535<br>EL PASO, TX 79998-1535 | LOWES STORE<br>P.O. BOX 530914<br>ATLANTA, GA 30353-0914 | THE HOME DEPOT<br>P.O. BOX 9001010<br>LOUISVILLE, KY 40290-1010 |
| BANK OF AMERICA<br>P.O. BOX 45224<br>JACKSONVILLE, FL 32232-5224 | MACYS<br>C/O BANKRUPYCY PROCEEDING<br>P.O. BOX 8053<br>MASON, OH 45050 | ULTRA BEAUTY<br>P.O. BOX 659820<br>SAN ANTONIO, TX 78265-9120 |
| BBVA COMPASS<br>P.O. BOX192<br>BIRMINGHAM, AL 35201-0192 | NBT BANK<br>P.O. BOX 790408<br>SAINT LOUIS, MO 63179-0408 | VIDA VACATIONS<br>MAIL SERVICES<br>P.O. BOX 56369<br>HOUSTON, TX 77256 |
| BOSCOV'S<br>C/O COMENITY, BANKRUPTCY DEEPT<br>P.O. BOX 183043<br>COLUMBUS, OH 43218-3043 | PEOPLE'S SECURITY BANK & TRUST<br>CARDMEMBER SERVICES<br>P.O. BOX 790408<br>SAINT LOUIS, MO 63179-0408 | WALMART/SYNCHRONY BANK<br>P.O. BOX 530927<br>ATLANTA, GA 30353-0927 |
| CHASE CARD SERVICES<br>P.O. BOX 1423<br>WILMINGTON, DE 19850-5298 | PROFESSIONAL ACCOUNT SERVICES<br>COLLECTING FOR MOSES TAYLOR HOSPITA<br>P.O. BOX 188<br>BRENTWOOD, TN 37024-0188 | |
| COMENITY- VICTORIA'S SECRET<br>P.O. BOX 659728<br>SAN ANTONIO, TX 78265-9728 | RESIDENTIAL GLOBAL SOLUTION, INC.<br>COLLECTING FOR AMEX<br>500 NORTH FRANKLIN ST, SUITE 200<br>RAMSEY, NJ 07446 | |
| FLAGSTAR BANK<br>PO BOX 660263<br>DALLAS, TX 75261-0263 | SAM'S CLUB MC/SYNCB<br>P.O. BOX 960013<br>ORLANDO, FL 32896-0013 | |