Rev. Sept 1, 2014

## LOCAL BANKRUPTCY FORM 9013-3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chong Yon Huber | CHAPTER  13 |
| | CASE NO.  5- 20 -bk- 00795 -RNO |
| Debtor | ADV. NO. |
| | NATURE OF PROCEEDING:  Chapter 13 Plan Confirmation Hearing |
| | DOCUMENT No.  Enter text |
| Chong Yon Huber | |
| Movant | |
| vs. | |
| Charles J. DeHart, III, Esquire; Mario J. Hanyon, Esquire; and James Warmbrodt, Esquire | |
| Respondents | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing parties. This is a first request for a continuance.

1 I have endeavored to contact the attorney respondents listed above by telephone today, February 1, 2021, but was unsuccessful in reaching any of them.

Reason for the continuance.
The attorney for the Debtor, Alan Brian Jones, Esquire, is ill with the coronavirus and is quarantined at home for fourteen (14) days. He is too ill to participate in a Chapter 13 Pan Confirmation Hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| | |
|---|---|
| Dated: February 1, 2021 | s/ Alan Brian Jones, Esquire |
| | Applicant's Signature |

No alterations or interlineations of this document are permitted.
2 If this is not a first request for a continuance, then a Motion to Continue must be filed.