Rev. 03/01/13

# LOCAL BANKRUPTCY FORM 3015-3(a)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
CHONG YON HUBER  :  **CHAPTER 13**
a/k/a SUJIN CHONG HUBER  :
a/k/a SUJIN HUBER  :  **CASE NO.** 5 - 20 -bk- 00795-RNO
 :
 :
 :
**Debtor(s)**  :

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____CHONG YON HUBER_____, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____March 3, 2021_____.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: February 28, 2021        BY: s/ Alan Brian Jones
                                    Counsel for Debtor

DATED: February 28, 2021        BY: s/ Chong Yon Huber
                                    Debtor

Case 5:20-bk-00795-RNO    Doc 37    Filed 03/01/21    Entered 03/01/21 14:48:07    Desc
Main Document    Page 1 of 1