# UNITED STATES BANKRUPTCY COURT
# Middle District of Pennsylvania

Case No. 20-00795

*Debtor(s)*
**Chong Yon Huber**

# NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 19 was filed on 05/13/2020 by BBVA USA. The filing party now notifies the Court that this claim is withdrawn.

/s/ Scarlet Orlando
BBVA USA
Bankruptcy Dept
P.O. Box 10566
Birmingham, AL 35296
defaultspecialty.us@bbva.com