IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chong Yon Huber aka Sujin Huber aka Sujin Chong Huber | BK NO. 20-00795 MJC |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
16 Feb 2024, 10:49:33, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322