# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Chong Yon Huber

                                    Case No.: 5-20-00795 MJC

                                       Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Roundpoint |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 7362 |
| Property Address if applicable: | 3 Wagon Ln |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,638.04 |
| b. | Prepetition arrearages paid by the trustee: | $1,638.04 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,638.04 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 25, 2025

                                              Respectfully submitted,

                                              <u>/s/ Jack N. Zaharopoulos</u>
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Chong Yon Huber

Case No.: 5-20-00795 MJC

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 25, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Alan B Jones, Esquire
PO Box 627
Lake Ariel PA 18436

**Served by First Class Mail**
Roundpoint Mortgage Servicing
446 Wrenplace Rd
Fort Mill, SC 29715

Chong Yon Huber
3 Wagon Ln
Jefferson Township PA 18436

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 25, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-00795    **CHONG YON HUBER**

**FLAGSTAR BANK**
5151 CORPORATE DRIVE

TROY, MI  480982639

**Sequence:** 05
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** Wagon Rd - PRE-ARREARS - 7

3 MONTHS ADQ PROT

| | | Debt: | $120.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $120.00 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **0120** | **FLAGSTAR BANK** | | | | | | | |
| 012-0 | FLAGSTAR BANK | | 08/18/2021 | 2003446 | $120.00 | $0.00 | $120.00 | 08/25/2021 |
| | | | | Sub-totals: | $120.00 | $0.00 | $120.00 | |
| | | | | Grand Total: | $120.00 | $0.00 | | |

# Disbursements for Claim

**Case:** 20-00795     **CHONG YON HUBER**

**FLAGSTAR BANK**
5151 CORPORATE DRIVE

TROY, MI 480982639

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 7362-prearrears wagon rd

PLUS 012 ADQ PROT PAYMENTS

| | | |
|---|---|---|
| Amt Sched: $234,831.60 | Debt: $1,518.04 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $1,518.04 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **FLAGSTAR BANK** | | | | | | | |
| 520-0 | FLAGSTAR BANK | | 08/18/2021 | 2003446 | $1,518.04 | $0.00 | $1,518.04 | 08/25/2021 |

                       **Sub-totals:** $1,518.04    $0.00    $1,518.04

                       **Grand Total:** $1,518.04    $0.00

Case 5:20-bk-00795-MJC    Doc 70    Filed 03/25/25    Entered 03/25/25 07:11:41    Desc    1
Page 5 of 5