UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************

CHONG YON HUBER :
        Debtor : CASE NO. 5-20-00795
*********************************************************************

PRAECIPE TO ENTER APPEARANCE
*********************************************************************

    Kindly enter my appearance for the Debtor, Chong Yon Huber, in the above-captioned case.

Date: April 9, 2025
      /s/Tullio DeLuca
      Tullio DeLuca, Esq.
      381 N. 9th Avenue
      Scranton, PA 18504
      (570) 347-7764