Certificate Number: 15317-PAM-DE-039461873

Bankruptcy Case Number: 20-00795


15317-PAM-DE-039461873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2025</u>, at <u>5:22</u> o'clock <u>PM PDT</u>, <u>Chong Y Huber</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 19, 2025</u>          By: <u>/s/Philip Sta. Teresa</u>

                                                 Name: <u>Philip Sta. Teresa</u>

                                                 Title: <u>Certified Counselor</u>