IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Chong Yon Huber aka Sujin Huber aka Sujin Chong Huber**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**MATRIX FINANCIAL SERVICES CORPORATION**<br>　　　　　　　　　　　**Movant**<br>　　　　　　vs.<br><br>**Chong Yon Huber aka Sujin Huber aka Sujin Chong Huber**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　**Trustee** | BK NO. 20-00795 MJC<br><br>Chapter 13<br><br>Related to Claim No. 12 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Chong Yon Huber aka Sujin Huber aka Sujin Chong Huber
3 Wagon Lane
Jefferson Township, PA 18436-3950

Attorney for Debtor(s)
Alan Brian Jones, PO Box 627 (VIA ECF)
Lake Ariel, PA 18436

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com